UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 11-1010-JST                                             Date:  January 23, 2012
         BK No. 8:07-12347-TA
         ADV: None
Title:  In re Cobalis Corp.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

　　Ellen Matheson　　                                                           　　N/A　　
　　Deputy Clerk                                                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                   Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: DISMISSAL**

   This case is before this Court on appeal from the Order of the United States Bankruptcy Court for the Central District of California by Appellant Montenegrex ("Appellant").  The Notice of Appeal was filed on July 7, 2011.  (Doc. 1.)  On December 19, 2011, the Court ordered the parties to submit a joint status report by January 9, 2012. (Order to Submit Joint Status Report, Doc. 6.)  On January 9, 2012, Appellee YA Global Investors LP submitted a unilateral status report, indicating that Appellant failed to provide its portion of the joint status report.  (Unilateral Status Report at 1, Doc. 7.)  To date, Appellant has also failed to pay the filing fee (*see* Notice of Bankruptcy Appeal Document Discrepency, Doc. 3), or to designate the record, include a statement of the issues, and file a notice regarding transcripts, as required by Federal Rule of Bankruptcy Procedure 8006.  Failure to take steps required to prosecute an appeal may be grounds for such dismissal.  *See* Bankr. R. 8001; *Greco v. Stubenberg*, 859 F.2d 1401, 1404 (9th Cir. 1988).  Accordingly, the Court ORDERS Appellant to show cause in writing no later than **February 6, 2012**, why this appeal should not be dismissed for failure to prosecute.


                                                                     Initials of Preparer:  enm